UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITEBOX RELATIVE VALUE PARTNERS, LP, WHITEBOX GT FUND, LP, WHITEBOX MULTI-STRATEGY PARTNERS, LP, PANDORA SELECT PARTNERS, LP,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRANSOCEAN LTD., TRANSOCEAN INC.,<br><br>*Defendants*. | Civil Action No. _____ |

## [PROPOSED] SEALING ORDER

**WHEREAS**, the Court is in receipt of Plaintiffs Whitebox Relative Value Partners, LP, Whitebox GT Fund, LP, Whitebox Multi-Strategy Partners, LP, and Pandora Select Partners, LP's request for permission to place under seal (i) an unredacted version of Plaintiff's Complaint, (ii) an unredacted version of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction ("Apps Decl."), and (iii) Exhibits A, E, G, I, K, and S to the Declaration of Antonia M. Apps in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

It is **ORDERED** that Plaintiffs' request is granted. Plaintiffs' request to seal is necessary to prevent what is alleged to be the unauthorized dissemination of proprietary information. **By EOD 9/3/20,** Plaintiffs shall file under seal (i) an unredacted version of Plaintiffs' Complaint, (ii) an unredacted version of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and (iii) Exhibits A, E, G, I, K, and S to the Apps Decl. Plaintiffs shall comply with this District's procedures in filing under seal.

**ORDERED** that Plaintiffs shall be permitted to publicly file redacted versions of (i) Plaintiffs' Complaint, (ii) Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and (iii) Exhibit K to the Apps Decl.

Dated:  September 2, 2020
        New York, New York

_____
United States District Judge