UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHITEBOX RELATIVE VALUE PARTNERS, LP et al.,

                              Plaintiffs,

      -against-

TRANSOCEAN LTD. et al.,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 7143 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during the conference held on September 3, 2020, Plaintiffs' motion for a temporary restraining order and preliminary injunction is DENIED. A status conference is scheduled for October 14, 2020 at 9:45 am.

Dated: New York, New York
       September 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge