**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

WHITEBOX RELATIVE VALUE PARTNERS, LP et al.,

         Plaintiffs,

  -against-

TRANSOCEAN LTD. et al.,

         Defendants.

------------------------------------- x

ORDER

20 Civ. 7143 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for October 14, 2020 is canceled.

Oral argument on Defendants' motion for summary judgment, (ECF No. 24), is scheduled for October 28, 2020 at 10:30 am.

Dated: New York, New York
   October 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge