**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

WHITEBOX RELATIVE VALUE PARTNERS, LP et al.,

                     Plaintiffs,

    -against-

TRANSOCEAN LTD. et al.,

                     Defendants.

------------------------------------- x

ORDER

20 Civ. 7143 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendants' motion for summary judgment scheduled for October 28, 2020 at 10:30 a.m. will occur in person.

Audio feed of the conference will be accessible by calling 888-363-4749 and entering access code 4523890.

Dated: New York, New York
      October 19, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge