UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
WHITEBOX RELATIVE VALUE PARTNERS, :
LP et al.,                          :
                                    :
                        Plaintiffs, :       ORDER
                                    :
         -against-                  :       20 Civ. 7143 (GBD)
                                    :
TRANSOCEAN LTD. et al.,             :
                                    :
                        Defendants. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

By Summary Order dated February 1, 2022, the Second Circuit vacated the Judgment dated January 7, 2021 granting Defendant's motion for summary judgment and ordering declaratory judgment in Defendant's favor on its counterclaims. The Circuit remanded the action to this Court with instructions to dismiss the Plaintiff's claims and Defendant's counterclaims as moot.

In accordance with the Second Circuit's Mandate, (ECF No. 68), the Complaint and Defendant's Counterclaims are DISMISSED as moot. The Clerk of Court is directed to close this case accordingly.

Dated: February 23, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge